IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN DAVID HATHORN                                                    PLAINTIFF

V.                              CASE NO.: 5:16-CV-5076

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                         DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this

case on April 18, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate

Judge for the Western District of Arkansas. Fourteen (14) days have passed without

objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows: the Report and Recommendation is proper and should be and hereby is

**ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate

Judge's Report and Recommendation, the Administrative Law Judge's decision is

**AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this _____ 11th day of May, 2017.


_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE